# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:  Tyrone L Britton                )   Chapter 13
                                        )   Case No. 16 B 04627
    Debtor(s)                           )   Judge LaShonda A. Hunt

## Notice of Motion

Tyrone L Britton  
15145 Ashland Ave.  
Harvey, IL  60426

Debtor Attorney: David M Siegel  
via Clerk's ECF noticing procedures

On November 04, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building  
> 219 South Dearborn  
> Courtroom 719  
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, October 22, 2019.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On February 15, 2016, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on May 11, 2016, for a term of 36 months with payments of $285.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 44 | $13,810.00 | $12,955.00 | $855.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 10/21/2019  
Due Each Month: $285.00  
Next Pymt Due: 11/16/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 07/31/2017 | 925835 | $700.00 | 08/28/2017 | 927972 | $400.00 |
| 11/27/2017 | 934494 | $570.00 | 02/20/2018 | 940123 | $570.00 |
| 03/08/2018 | 940925 | $570.00 | 06/14/2018 | 948833 | $570.00 |
| 07/13/2018 | 950657 | $570.00 | 08/10/2018 | 952613 | $285.00 |
| 11/13/2018 | 958937 | $855.00 | 02/11/2019 | 964717 | $855.00 |
| 05/03/2019 | 970963 | $855.00 | 08/16/2019 | 978732 | $855.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL  60604  
(312)431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE